IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER DAVID HARMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 3:21-cv-98-ECM |
| | ) | |
| TAURUS INTERNATIONAL | ) | |
| MANUFACTURING, INC. and | ) | |
| TAURUS HOLDINGS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On February 2, 2021, Plaintiff Christopher Harmon filed this action against Defendants Taurus International Manufacturing, Inc. and Taurus Holdings, Inc. (Doc. 1). On October 18, 2021, the United States District Court for the Southern District of Florida transferred *Harmon v. Taurus International, Inc., et* al., 3:21-cv-697-RAH, to this court. Upon review of these cases, it appears that these cases involve common questions of law and fact, and judicial economy is best served by consolidating these actions pursuant to Fed. R. Civ. P. 42. Accordingly, for good cause, it is

ORDERED that on or before **November 18, 2021**, the parties shall show cause why this case should not be consolidated with *Harmon v. Taurus International, Inc., et* al., 3:21-cv-697-RAH, for discovery, and/or trial.

Done this 4th day of November, 2021.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE